Notice of Appeal  9-22-23

Nigel Fredricks
Plaintiff

Late appeal
Case # 23-CV-116

V.

D.O.C. Entity
Defendant(s)

I submitting this appeal on the grounds of the case being dismissed without prejudice because of the three strike law of me not being under imment danger but this claims consist of a Due process of being past my release date according to penal law 70.30 owing p.r.s.

Respectfully

Nigel Fredricks

U.S. DISTRICT COURT N.Y.
FILED
SEP 27 2023
AT ___ O'CLOCK
John M. Domurad, Clerk - Syracuse

**GREAT MEADOW CORRECTIONAL FACILITY**
BOX 51
COMSTOCK, NEW YORK 12821-0051

NAME: Nigel Andrews   DIN: DB1005

Great Meadow Correctional Facility

NEOPOST
09/25/2023
US POSTAGE $000.63⁰

FIRST-CLASS MAIL

ZIP 12821
041M11283103

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

SEP 27 2023

RECEIVED

Northern District Clerk
100 S Clinton Street
Syracuse NY 13261-7367